UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRIAM CRUZ, on behalf of herself
and all others similarly situated,

          Plaintiffs,

-against-

MADISON APOTHECARY, INC.

          Defendant.

Case No. 1:22-cv-5459

**NOTICE OF VOLUNTARY
DISMISSAL
WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Forest Hills, New York
         January 30, 2023

*[signature]*

So ordered January 30, 2023.

Respectfully Submitted,

**/s/ Mars Khaimov**
By:   Mars Khaimov, Esq.
      108-26 64th avenue, Second Floor
      Forest Hills, New York 11375
      Tel (929) 324-0717
      Fax (929) 333-7774
      Email: mars@khaimovlaw.com
      *Attorney for Plaintiff*